### GRANT *v.* THE STATE.

Criminal law. Murder. Verdict. New trial.

LUMPKIN, J.—The evidence being ample to sustain a conviction for murder, and no complaint being here made of any ruling by the judge who tried the case below, this court will not interfere with his discretion in refusing a new trial.        *Judgment affirmed.*

February 7, 1891.

From Bibb superior court, April term, 1890. Before Judge MILLER.

HARDEMAN & NOTTINGHAM, TURNER & WILLINGHAM and ROBERT HODGES, for plaintiff in error.

W. H. FELTON, Jr., solicitor-general, *contra.*